UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STACEY CHAMPAGNE,

Plaintiff,

v.

TRANS UNION, LLC,

Defendant.

Case No. 24-cv-07848-NW

**ORDER DENYING MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL DISCOVERY ORDER**

Re: ECF No. 56

Plaintiff Stacey Champagne sued her former employer Defendant TransUnion, LLC, bringing claims for sex discrimination and harassment.  Compl., ECF No. 1-1.  The parties have finished discovery: fact discovery closed on February 7, 2026, and expert discovery closed on February 13, 2026.  ECF Nos. 40, 43.

On February 4, 2026, Plaintiff filed a motion for extension of time to complete discovery, which Chief Magistrate Judge Cousins denied.  ECF Nos. 51, 53.  Judge Cousins found that Plaintiff's request lacked diligence and good cause.  ECF No. 53.  Plaintiff now moves for relief from Judge Cousins' nondispositive pretrial discovery order.  ECF No. 56.

The Court DENIES Plaintiff's motion for the reasons set forth in Judge Cousins' Order. ECF No. 53.  The Court finds the Order to be proportional to the discovery needs of the case, and not clearly erroneous or contrary to the law.  *See* 28 U.S.C. § 636(b)(1)(A) (permitting reconsideration only "where it has been shown that the magistrate judge's order is clearly erroneous or contrary to law"); *E.E.O.C. v. Peters' Bakery*, 301 F.R.D. 482, 484 (N.D. Cal. 2014) (quoting *Burdick v. C.I.R.*, 979 F.2d 1369, 1370 (9th Cir. 1992) (noting a district court should only overturn a magistrate judge's ruling "if it is left with the 'definite and firm conviction that a

mistake has been committed.'").

All deadlines and dates remain in effect.

**IT IS SO ORDERED.**

Dated: February 24, 2026

Noël Wise
United States District Judge

2