Siobhan Klassen, Esq. (SBN 326929)
siobhan@goddardlawnyc.com
GODDARD LAW PLLC
39 Broadway, Suite 1540
New York, New York, 10006
Tel: (646) 964-1178
Fax: (212) 208-2914

Attorneys for Plaintiff Stacey Champagne

JASON E. MURTAGH (SBN 294830)
jason.murtagh@bipc.com
MARY R. HACKETT (SBN 326482)
mary.hackett@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101
Telephone: 619 239 8700
Fax: 619 702 3898

JOSEPH J. CENTENO (admitted Pro Hac Vice)
joseph.centeno@bipc.com
MINJI KIM (admitted Pro Hac Vice)
minji.kim@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
50 S. 16th St, Suite 3200
Philadelphia, PA 19102
Telephone: 215 665 8700
Fax: 215 665 8760

Attorneys for Defendant TransUnion, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY CHAMPAGNE,<br><br>                    Plaintiff,<br><br>        vs.<br><br>TRANS UNION, LLC<br><br>                    Defendant. | Case No.: 5:24-cv-07848-NW<br><br>**JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE THE NOTICE OF DISMISSAL**<br><br>Removal Filed:        November 8, 2024<br>Action Filed:          September 16, 2024 |

1

Plaintiff Stacey Champagne ("Plaintiff") and Defendant Trans Union, LLC ("Defendant") (collectively, the "Parties") hereby jointly stipulate and agree to extend the time to file the Notice of Dismissal to April 10, 2026.The Parties submit that there is good cause for this requested extension. In support, the Parties state as follows:

WHEREAS, on March 18, 2026, Plaintiff Stacey Champagne and Defendant Trans Union, LLC (collectively the "Parties") filed a Joint Notice of Settlement in Principle. *See* DKT0060.

WHEREAS, on March 20, 2026, this Court issued an Order stating that the Parties should file their Notice of Dismissal by April 3, 2026. *See* DKT0062.

WHEREAS, the Parties have been actively engaged in negotiating the terms of the settlement, and have communicated with one another on nine (9) of the thirteen (13) business days between March 18, 2026 and April 3, 2026 regarding the terms of the agreement and expected timeline to finalize the agreement; however unforeseen circumstances have arisen which have delayed the finalization of the settlement.

WHEREAS, the Parties agree to a one-week extension to file their Notice of Dismissal.

WHEREAS, this is the Parties' first joint request to extend the deadline to file a Notice of Dismissal by April 3, 2026.

WHEREAS, the Parties posit that good cause exists for this brief extension because the Parties have been actively working to finalize the settlement, but the unforeseen circumstances which have delayed the finalization of the settlement have included: a family emergency for Plaintiff's counsel involving hospice care of an immediate family member and necessitating Plaintiff's counsel out-of-office absence to attend to her family emergency; and a sudden and unexpected personal emergency for Defendant's company representative, without whom the settlement cannot be finalized, resulting in an unforeseen out-of-office absence beginning on March 31, 2026 and unexpectedly extending through April 3, 2026.

WHEREAS, the Parties stipulate and agree to file the Notice of Dismissal prior to the Compliance Hearing regarding dismissal which is set for Tuesday, April 14, 2026, at 10:00 a.m.

WHEREFORE, for good cause shown, the Parties respectfully request the Court extend the time to file the Notice of Dismissal by one week from April 3, 2026, to April 10, 2026.

JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE THE NOTICE OF DISMISSAL
5-24-CV-07848-NW

DATED: April 3, 2026                    Respectfully submitted,


                                        GODDARD LAW PLLC
                                        *Attorneys for Plaintiff*


                                        By: /s/ *Siobhan Klassen*
                                        Siobhan Klassen, Esq. (SBN326929)
                                        39 Broadway, Suite 1540
                                        New York, New York 10006
                                        Office: 646-964-1178
                                        Fax: 212-208-2914
                                        Siobhan@goddardlawnyc.com

                                        BUCHANAN INGERSOLL & ROONEY LLP
                                        *Attorneys for Defendant*

                                        By: */s/ Minji Kim, Esq.*
                                        Jason E. Murtagh, Esq.
                                        Mary R. Hackett, Esq.
                                        Joseph J. Centeno, Esq.
                                        Minji Kim, Esq.
                                        Two Liberty Place
                                        50 South 16th Street, Suite 3200
                                        Philadelphia, PA 19102-2555
                                        (215) 665-5318 (o)
                                        minji.kim@bipc.com



    Filer's Attestation: Minji Kim hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above and Attorney for Plaintiff, Siobhan Klassen, provided her express authorization to include her electronic signature on this stipulation.

                                        /s/ Minji Kim
                                        Minji Kim

JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE THE NOTICE OF DISMISSAL
                                        5-24-CV-07848-NW

## **ORDER**

Upon consideration of the Parties' Joint Stipulation to Extend Time to File the Notice of Dismissal and all other matters of record, it is ORDERED that the Joint Stipulation be and hereby is GRANTED. It is further ORDERED that the Parties shall file their Notice of Dismissal by April 10, 2026.

**IT IS SO ORDERED.**

Dated:   April 6, 2026

_____
THE HONORABLE NOËL WISE
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION AND ORDER TO EXTEND TIME TO FILE THE NOTICE OF DISMISSAL
5-24-CV-07848-NW