**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STACEY CHAMPAGNE,<br><br>                Plaintiff,<br><br>   vs.<br><br>TRANS UNION, LLC<br><br>                Defendant. | Case No.: 5:24-cv-07848-NW-NC<br><br>**ORDER ~~GRANTING~~ JOINT ADMINISTRATIVE REQUEST TO APPEAR REMOTELY AT COMPLIANCE HEARING REGARDING DISMISSAL**<br><br><br><br>Removal Filed:    November 8, 2024<br>Action Filed:     September 16, 2024 |

Having considered the Parties' Joint Administrative Request to Appear Remotely, and good cause appearing therefrom,

IT IS HEREBY ORDERED that counsel for Plaintiff STACEY CHAMPAGNE and counsel for Defendant TRANSUNION, LLC are permitted to appear remotely via Zoom at the Compliance Hearing Regarding Dismissal currently scheduled for April 14, 2026, at 10:00 a.m.

DENIED. If the parties file a complete notice of dismissal by the deadline of April 10, 2026, the Court will vacate the Compliance Hearing set for April 14, 2026.  If the parties do not file a complete notice of dismissal by the deadline, the Court shall hold the hearing in person.

IT IS SO ORDERED.

DATED: April 8, 2026

_____
THE HONORABLE NOËL WISE
UNITED STATES DISTRICT JUDGE

ORDER ~~GRANTING~~ JOINT ADMINISTRATIVE REQUEST TO APPEAR REMOTELY AT COMPLIANCE HEARING REGARDING DISMISSAL