Siobhan Klassen, Esq. (SBN 326929)
siobhan@goddardlawnyc.com
GODDARD LAW PLLC
39 Broadway, Suite 1540
New York, New York, 10006
Tel: (646) 964-1178
Fax: (212) 208-2914

*Attorneys for Plaintiff Stacey Champagne*

JASON E. MURTAGH (SBN 294830)
jason.murtagh@bipc.com
MARY R. HACKETT (SBN 326482)
mary.hackett@bipc.com
BUCHANAN INGERSOLL & ROONEY LLP
One America Plaza
600 West Broadway, Suite 1100
San Diego, CA 92101
Telephone: 619 239 8700
Fax: 619 702 3898

JOSEPH J. CENTENO (admitted Pro Hac Vice)
joseph.centeno@bipc.com
MINJI KIM (admitted Pro Hac Vice)
minji.kim@bipc.com
BUCHANAN INGERSOLL & ROONEY PC
50 S. 16th St, Suite 3200
Philadelphia, PA 19102
Telephone: 215 665 8700
Fax: 215 665 8760

*Attorneys for Defendant TransUnion, LLC*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY CHAMPAGNE,<br><br>                    Plaintiff,<br><br>        vs.<br><br>TRANS UNION, LLC<br><br>                    Defendant. | Case No.: 5:24-cv-07848-NW<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Removal Filed:    November 8, 2024<br>Action Filed:    September 16, 2024 |

1

JOINT STIPULATION AND ORDER OF DISMISSAL                    5-24-CV-07848-NW

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Civil L.R. 7-1(a)(5) and 7-12, Plaintiff Stacey Champagne ("Plaintiff") and Defendant Trans Union, LLC ("Defendant") (collectively the "Parties") hereby stipulate that the above-captioned matter is DISMISSED WITH PREJUDICE. The Parties agree that each party will bear its own costs, expenses, and attorneys' fees.

DATED: April 9, 2026

Respectfully submitted,

GODDARD LAW PLLC
*Attorneys for Plaintiff*

By: /s/ *Siobhan Klassen*
Siobhan Klassen, Esq. (SBN 326929)
39 Broadway, Suite 1540
New York, New York 10006
Office: 646-964-1178
Fax: 212-208-2914
Siobhan@goddardlawnyc.com

BUCHANAN INGERSOLL & ROONEY LLP
*Attorneys for Defendant*

By: */s/ Minji Kim, Esq.*
Jason E. Murtagh, Esq.
Mary R. Hackett, Esq.
Joseph J. Centeno, Esq.
Minji Kim, Esq.
Two Liberty Place
50 South 16th Street, Suite 3200
Philadelphia, PA 19102-2555
(215) 665-5318 (o)
minji.kim@bipc.com

Filer's Attestation: Minji Kim hereby attests that concurrence in the filing of this document and its contents was obtained from all signatories listed above and Attorney for Plaintiff, Siobhan Klassen, provided her express authorization to include her electronic signature on this stipulation.

/s/ Minji Kim
Minji Kim

2

## <u>ORDER</u>

On the stipulation of the Parties, and good cause appearing in support thereof, the above-titled action is hereby DISMISSED WITH PREJUDICE.

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

Dated:  April 10, 2026

_____

THE HONORABLE NOËL WISE
UNITED STATES DISTRICT JUDGE

3

JOINT STIPULATION AND ORDER OF DISMISSAL                    5-24-CV-07848-NW